**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Flix Brewhouse Texas V LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Flix Brewhouse** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-1409799** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6450 N Desert Blvd** <br> **Suite 12** <br> **El Paso, TX 79912** <br> Number, Street, City, State & ZIP Code | **2000 S Interstate 35** <br> **Ste Q11** <br> **Round Rock, TX 78681** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **El Paso** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **https://www.flixbrewhouse.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Flix Brewhouse Texas V LLC**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  **5121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Flix Brewhouse Texas V LLC**  
     Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Allan L. Reagan** | | Relationship | **Affiliate** |
| District | **W.D. Tex. (Austin)** | When **10/22/20** | Case number, if known | **20-11161** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No  
■ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  
6450 N Desert Blvd  
Suite 12  
El Paso, TX, 79912-0000  
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No  
☐ Yes.    Insurance agency _____  
            Contact name _____  
            Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Flix Brewhouse Texas V LLC**                                       Case number (*if known*)
      Name

|  |  |  |  |
|---|---|---|---|
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Flix Brewhouse Texas V LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 12, 2021**
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

Allan L. Reagan
Printed name

Title **President, Hospitality Investors Inc., Debtor's Manager**

**18. Signature of attorney**

X /s/ *Rachael L. Smiley*
Signature of attorney for debtor

Date **July 12, 2021**
MM / DD / YYYY

Rachael L. Smiley
Printed name

Ferguson Braswell Fraser Kubasta PC
Firm name

2500 Dallas Parkway, Suite 600, Plano, TX 75214
Number, Street, City, State & ZIP Code

Contact phone  972-378-9111    Email address  rsmiley@fbfk.law

24066158, TX
Bar number and State

### WRITTEN CONSENT OF MEMBER & MANAGER IN LIEU OF MEETING FOR FLIX BREWHOUSE TEXAS V LLC

The undersigned, respectively being the sole member and sole manager of **Flix Brewhouse Texas V LLC**, a Texas manager-managed limited liability company (the "***Company***," or the "***Debtor***"), under applicable provisions of the Texas Business Organizations Code, the Company's Articles of Organization, and Operating Agreement, hereby approve, consent, and adopt the following resolutions as of July 9, 2021:

**Whereas**, the Company's sole member and manager have decided to engage in a reorganization of the Company's business.

**Whereas**, in the judgment of the Company's sole member and its non-member manager (the "***Manager***"), it is in the best interests of the Company, its creditors, the sole member, and other interested parties that the Company reorganize under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

**It is now, therefore:**

**Resolved,** that in the judgment of the member and the Manager, it is in the best interests of the Company, its creditors, member, and other interested parties that the Company file a voluntary bankruptcy petition for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Western District of Texas, before which the Company will seek authority to operate as a debtor-in-possession.

**Resolved**, that the Company's engagement of Sugar Felsenthal Grais & Helsinger LLP ("***SFGH***") as legal counsel for the Chapter 11 case is ratified, adopted, and approved in all respects as more fully described in the letter agreement between the Company and SFGH.

**Resolved,** that the Manager is authorized to execute all documents necessary to administer the Chapter 11 case on the Company's behalf, including, but not limited to petitions, affidavits, declarations, schedules, motions, lists, applications, pleadings, asset purchase agreements, bills of sale, certificates, guaranties, pledges, mortgages, security instruments, and other documents.

**Resolved,** that the Manager is authorized to employ and retain professionals in the Chapter 11 case, including special legal counsel, accountants, and other professionals for the Company to take action that the Manager deems necessary or desirable in connection with the Chapter 11 case.

**Resolved**, that the Manager is authorized to take any further action, and to execute and deliver (or cause to be executed and delivered) any further agreements, documents, certificates, and undertakings to effectuate the purpose and intent of these resolutions including, but not limited to amendments to or modifications of the documents contemplated

1



under these resolutions, and to incur any fees or expenses the Manager deems necessary or desirable in connection with the Chapter 11 case.

**Resolved**, that the Company, operating as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, is authorized to enter into a debtor-in-possession financing facility, and in connection with any debtor-in-possession financing facility the Company enters into, is authorized to grant any guaranties, pledges, mortgages, and other security instruments deemed necessary by the Manager to obtain debtor-in-possession financing for the Company.

**Resolved**, that all lawful acts taken by the Manager to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or any matter related to Chapter 11 case, including in connection with debtor-in-possession financing, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**[Signature page follows]**

2



**In Witness Whereof**, the undersigned have executed these resolutions as the sole member and the non-member manager of **Flix Brewhouse Texas V LLC,** as of the date first written above.

**MANAGER**

Hospitality Investors Inc.

By: _____
Allan L. Reagan, President

**MEMBER**

Flix Entertainment LLC

By: _____
Allan L. Reagan, Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name: **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 12, 2021**

Signature of individual signing on behalf of debtor

**Allan L. Reagan**
Printed name

**President, Hospitality Investors Inc., Debtor's Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Flix Brewhouse Texas V LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1570 Cinema Services LTD<br>224 Pine Road<br>Kemah, TX 77565 | Michael Quaranto<br><br>915-995-7500 | Trade creditor | | | | $5,400.00 |
| ACC Business<br>P.O. Box 105306<br>Atlanta, GA 30348-5306 | 800-322-3076 | Trade creditor | | | | $5,235.57 |
| Country Malt<br>P.O. Box 51602<br>Los Angeles, CA 90051-5902 | 1-360-905-3380 | Trade creditor | | | | $1,631.70 |
| Digital Light Source LLC<br>2768 Santa Ynez Avenue<br>Simi Valley, CA 93063 | samihaddad@dls.digital | Trade creditor | | | | $895.01 |
| Ecolab Institutional<br>P.O. Box 70343<br>Chicago, IL 60673 | 1-800-352-5326 | Trade creditor | | | | $5,988.58 |
| Ecolab Pest Elimination<br>26252 Network Place<br>Chicago, IL 60673 | 1-800-352-1671 | Trade creditor | | | | $2,525.99 |
| Efrains Janitorial Services<br>11993 Braveheart<br>El Paso, TX 79936 | 1-915-244-0289 | Trade creditor | | | | $2,465.94 |
| El Paso Disposal<br>5539 El Paso Dr<br>El Paso, TX 79905-2907 | | Trade creditor | | | | $1,866.65 |
| El Paso Electric<br>P.O. Box 982<br>El Paso, TX 79960-0982 | | Trade creditor | | | | $3,986.90 |

Debtor **Flix Brewhouse Texas V LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **El Paso Tax Assessor-Collector** P.O. Box 2992 El Paso, TX 79999-2992 | | **Property taxes** | | | | $117,319.72 |
| **Green Arrow Environmental Services** 7651 Esters Boulevard Suite 200 Irving, TX 75063 | | **Trade creditor** | | | | $1,285.00 |
| **Jesse's Window Cleaning** 6527 Cheyenne Trail El Paso, TX 79925 | 1-915-757-2888 | **Trade creditor** | | | | $844.35 |
| **Nova Clean** 5641 Valley Elder El Paso, TX 79932 | | **Trade creditor** | | | | $9,233.19 |
| **PyroCom Systems** 820 Kastrin El Paso, TX 79907 | | **Trade creditor** | | | | $1,409.38 |
| **ROP Artcraft LLC** 106 Mesa Park Drive El Paso, TX 79912 | **Adam Frank** | **Lessor** | **Disputed** | $1,427,963.59 | Unknown | $1,427,963.59 |
| **Secured Retail Networks** 9963 Muirlands Blvd Irving, CA 92618 | | **Trade creditor** | | | | $7,094.95 |
| **Sysco New Mexico** 601 Comanche Rd NE Albuquerque, NM 87107 | | **Trade creditor** | | | | $41,801.28 |
| **Trane US Inc** P.O. Box 845053 Dallas, TX 75284-5053 | | **Trade creditor** | | | | $7,160.74 |
| **Ushio America Inc** P.O. Box 7474 Chicago, IL 60677 | | **Trade creditor** | | | | $813.95 |
| **Venue Valet CC LLC** 6601 Vaught Ranch Rd Suite 101 Austin, TX 78730 | | **Trade creditor** | | | | $5,273.94 |

**United States Bankruptcy Court**
**Western District of Texas**

In re  **Flix Brewhouse Texas V LLC**                                          Case No.
                                            Debtor(s)                           Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Hospitality Investors Inc., Debtor's Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 12, 2021**

Allan L. Reagan/President, Hospitality Investors Inc., Debtor's Manager
Signer/Title

.

1570 Cinema Services LTD
224 Pine Road
Kemah, TX 77565


4 Over International LLC
1225 Los Angeles Street
Glendale, CA 91207


ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306


Airgas International Carbonation
2530 Sever Road
Suite 300
Dallas, TX 75373


Allan L. Reagan
2000 S. IH-35, Suite Q11
Round Rock, TX 78681-6942


Cinema Breweries Inc
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681


CineVizion LLC
5301 Melrose Avenue
Suite B-210
Los Angeles, CA 90038


Country Malt
P.O. Box 51602
Los Angeles, CA 90051-5902


Davis Wright Tremaine LLP
Attention: J. Riley Lagesen
1300 SW Fifth Avenue
Suite 2400
Portland, OR 97201-5610


Digital Light Source LLC
2768 Santa Ynez Avenue
Simi Valley, CA 93063

```
Direct TV
P.O. Box 105249
Atlanta, GA 30348-5249


Ecolab Institutional
P.O. Box 70343
Chicago, IL 60673


Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Efrains Janitorial Services
11993 Braveheart
El Paso, TX 79936


El Paso Disposal
5539 El Paso Dr
El Paso, TX 79905-2907


El Paso Electric
P.O. Box 982
El Paso, TX 79960-0982


El Paso Tax Assessor-Collector
P.O. Box 2992
El Paso, TX 79999-2992


El Paso Water
P.O. Box 511
El Paso, TX 79961-0511


Flix Brewhouse LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681


Flix Brewhouse Texas II LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681
```

Flix Brewhouse Texas IV
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Flix Entertainment LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Grandstand
P.O. Box 3497
Wichita, KS 67201

Green Arrow Environmental Services
7651 Esters Boulevard
Suite 200
Irving, TX 75063

Homefield Grill
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

IFC Films LLC
11 Penn Plaza
New York, NY 10001

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Irma Najera
c/o Huyhn Law Firm
1742 N. Zaragoza Rd. Ste A
El Paso, TX 79936

Jesse's Window Cleaning
6527 Cheyenne Trail
El Paso, TX 79925

Knife Guys Inc
3412 Stanford Drive
Albuquerque, NM 87107-2020

```
L&F Distributors
6949 Market Avenue
El Paso, TX 79915


Loomis
Dept 0757
Po Box 120757
Dallas, TX 75312-1757


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


Nova Clean
5641 Valley Elder
El Paso, TX 79932


Office Depot
Po Box 660113
Dallas, TX 75266-0113


PyroCom Systems
820 Kastrin
El Paso, TX 79907


Rodriguez Produce Inc
125 N Stevens St
El Paso, TX 79905


ROP Artcraft LLC
106 Mesa Park Drive
El Paso, TX 79912


Secured Retail Networks
9963 Muirlands Blvd
Irving, CA 92618


Shoes For Crews LLC
P.O. Box 734176
Chicago, IL 60673-4176


Swank Motion Pictures
2844 Paysphere Circle
Chicago, IL 60674
```

```
Sysco New Mexico
601 Comanche Rd NE
Albuquerque, NM 87107


Sysco Texas
1260 Schwab Road
New Braunfels, TX 78132-5155


Texas Alcoholic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711


Texas Comptroller of Public Accounts
P.O. Box 13528 Capitol Station
Revenue Accounting Divison - Bankruptcy
Austin, TX 78711


Texas Gas Service Company
P.O. Box 219913
Kansas City, MO 64121-9913


Texas Workforce Commission
TWC Building - Regulatory Integrity Div
101 East 15th Street
Austin, TX 78778


Trane US Inc
P.O. Box 845053
Dallas, TX 75284-5053


United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205


Ushio America Inc
P.O. Box 7474
Chicago, IL 60677


Venue Valet CC LLC
6601 Vaught Ranch Rd
Suite 101
Austin, TX 78730
```

```
Vistar Corporation
P.O. Box 951080
Dallas, TX 75395


Woodward Center Inc
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681
```

# United States Bankruptcy Court
## Western District of Texas

In re **Flix Brewhouse Texas V LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Flix Brewhouse Texas V LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Flix Entertainment LLC**  
**2000 S Interstate 35**  
**Ste Q11**  
**Round Rock, TX 78681**

☐ None [*Check if applicable*]

**July 12, 2021**  
Date

/s/  
Signature of Attorney or Litigant  
Counsel for **Flix Brewhouse Texas V LLC**

*Exhibit B-2 to Appendix 5005: If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

# United States Bankruptcy Court
## Western District of Texas

In re **Flix Brewhouse Texas V LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■ I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: **July 12, 2021**

**Allan L. Reagan,** President,  
Hospitality Investors Inc., Debtor's Manager

**PART II: DECLARATION OF ATTORNEY:**

I declare ***under penalty of perjury*** that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **July 12, 2021**            /s/