**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS (EL PASO)**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Flix Brewhouse Texas V LLC,** | § | Case No. 21-30526 (HCM) |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES, METHODOLOGY, & SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS & LIABILITIES & STATEMENT OF FINANCIAL AFFAIRS**

## A. Introduction

Flix Brewhouse Texas V LLC (the "***Debtor***") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "***Schedules***") and Statement of Financial Affairs (the "***SOFA***," and together with the Schedules, the "***Schedules and SOFA***") with the United States Bankruptcy Court for the Western District of Texas (El Paso) (the "***Bankruptcy Court***"), under § 521 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These *Global Notes, Methodology, & Specific Disclosures Regarding the Debtor's Schedules of Assets & Liabilities & Statement of Financial Affairs* (the "***Notes***") pertain to, are incorporated by reference in, and compose an integral part of the Schedules and SOFA. The Notes should be referred to and considered in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not represent financial statements prepared according to Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and SOFA, the Debtor relied on information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and SOFA.

The Debtor and its officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data provided in the Schedules and SOFA and are not liable for any loss or injury arising out of or caused (in whole or in part) by acts or omissions (whether negligent or otherwise) in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and SOFA. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or recategorize the

1

information provided in the Schedules and SOFA, or to notify any third party should the information be updated, modified, revised, or recategorized. The Debtor, on behalf of itself, its officers, agents, and advisors reserves all rights and disclaims any liability to any third party arising out of, or related to, the information in the Schedules and SOFA.

The Schedules and SOFA have been signed by Allan L. Reagan, the President of the Debtor's Manager, Hospitality Investors Inc. (the "***Debtor's Manager***"). In reviewing and signing the Schedules and SOFA, Mr. Reagan relied on the efforts, statements, and representations of the Debtor's other agents and professionals. Mr. Reagan has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning creditors' addresses, amounts owed to creditors, and classification of such amounts.

## B. General Notes & Overview of Methodology

1. **Reservation of Rights**. The Debtor made reasonable efforts to prepare and file complete and accurate Schedules and SOFA. Nevertheless, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the rights to: amend the Schedules and SOFA with respect to any claim ("***Claim***") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. No failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" shall constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nothing contained in the Schedules and SOFA constitutes a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other laws regarding recovery of assets or avoidance of transfers. No specific reservation of rights contained elsewhere in the Notes limits the general reservation of rights contained in this paragraph.

   The listing in the Schedules or SOFA by the Debtor of any obligation of the Debtor reflects what appears in the Debtor's books and records and is not an admission or conclusion by the Debtor regarding whether such amount should or would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Case**. On July 12, 2021 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to manage its financial affairs as debtor in possession under Bankruptcy Code §§ 1107(a) and 1108.

3.  **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and inefficient for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values as of the close of business on July 12, 2021 in the Debtor's books and records. Additionally, because the book values of certain assets, such as patents, trademarks, trade names, and copyrights, may materially differ from their fair market values, they may be listed as having undetermined amounts as of the Petition Date. Furthermore, assets that have fully depreciated or were expensed for accounting purposes may have no net book value and may not appear in the Schedules and SOFA.

4.  **Recharacterization**. Despite the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtor's business. The Debtor accordingly reserves its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA as necessary or appropriate, as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and SOFA are deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.  **Excluded Assets & Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

    The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code § 503(b)(9). Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any such Claims or any characterization of the structure of any such transaction or any document or instrument related to any Claim.

    The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

6.  **Insiders**. Solely for purposes of the Schedules and SOFA, the Debtor defines "insiders" to include the following: (a) manager; (b) senior level officers; (c) equity holders holding more than 10% of the equity of the Debtor entity; (d) the Debtor's affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities have been listed as "insiders" for informational purposes only and their inclusion is not an admission that any such entity is an insider for purposes of Bankruptcy Code § 101(31).

7.  **Intellectual Property Rights**. The exclusion of any intellectual property right does not constitute an admission that such intellectual property right has been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale,

acquisition, or other transaction. Conversely, inclusion of any intellectual property right does not constitute an admission that such intellectual property right has not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale, acquisition, or other transaction.

8. **Executory Contracts & Unexpired Leases**. The Debtor made diligent attempts to include all of its executory contracts and unexpired lease obligations on Schedule G. Nevertheless, the Debtor may have inadvertently failed to list them all. Nothing in the Schedules or SOFA is an admission or determination as to the legal status of any executory contract or lease, including whether a lease is a true lease or a financing arrangement. Nor does any such listing of executory contracts and unexpired leases reflect the Debtor's determination of whether to assume and assign or to reject such contract or lease.

9. **Materialman's & Mechanic's Liens**. The assets listed in the Schedules and SOFA are presented without consideration of any materialman's and mechanic's liens that may exist.

10. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases, or to effect setoffs against such Claims.

11. **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and "unliquidated." Any failure to designate a Claim on a Debtor's Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

12. **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other laws regarding recovery of assets or avoidance of transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment, and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or under any other theory of law (collectively, "***Causes of Action***") the Debtor may have, and neither these Notes nor the Schedules and SOFA may be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a. ***Undetermined Amounts***. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect the materiality of such amount.

    b. ***Totals***. All totals included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may differ from the listed total.

    c. ***Liens***. Property and equipment listed in the Schedules and SOFA are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates & Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts may materially differ from those estimates.

15. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Intercompany**. The listing in the Schedules or SOFA (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between the Debtor and any affiliated entity of the Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court. Intercompany balances were generally not reconciled and not scheduled.

17. **Setoffs**. The Debtor incurs certain offsets and other similar rights during the ordinary course of its business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

18. **Notes Control**. If the Schedules and SOFA differ from the Notes, the Notes control.

C. **Specific Disclosures with Respect to the Schedules**

1. **Creditor Addresses**. Creditor addresses not listed in the Debtor's schedules may be in the official creditor matrix filed with the Court.

2. **Schedule A/B Part 5: Inventory, Excluding Agriculture Assets**. The Debtor has listed certain raw materials owned by Woodward Center Inc. ("***WCI***"), Debtor's

concessionaire which transacts all the alcoholic beverage purchases, manufacturing, and sales for the Debtor.

3. **Schedule A/B Part 7: Office Furniture, Fixtures, & Equipment; & Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments as set forth in the Debtor's "Depreciation Expense Report," dated as of December 31, 2019. The Depreciation Expense Report was prepared as part of a financial audit conducted for Flix Entertainment LLC ("*FELLC*"), the Debtor's sole member and parent entity. No depreciation since December 31, 2019 was factored into the scheduled values.

4. **Schedule A/B Part 9: Real Property.** The Debtor does not own any real property. The Debtor has listed its real property lease in Schedule A/B #55, including its leasehold interest/improvements. The value presented for leasehold improvements is the gross amount paid by Debtor for such improvements, without regard to any tenant improvement allowance, less accumulated depreciation through December 31, 2019.

5. **Schedule A/B Part 11: All Other Assets**. The Debtor has listed a potential cause of action against its landlord arising out of a lease dispute.

D. **Specific Disclosures with Respect to the SOFA**

1. **SOFA #3**: **Certain payments or transfers to creditors within 90 days before filing this case**. SOFA #3 includes any disbursement made by a third-party to the benefit of the Debtor within 90 days before the Petition Date, except for those made to insiders (which payment appears in response to SOFA #4) and bankruptcy professionals (which appear in response to SOFA #11). The amount listed in SOFA #3 reflects the Debtor's disbursements netted against any check level detail, thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on SOFA #3.

2. **SOFA #4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. As a subsidiary of FELLC, the Debtor operates its business under a cash management system administered by FELLC to collect funds from the Debtor's operations and pay various operating and administrative expenses (the "*Cash Management System*"). The Cash Management System allows the Debtor and its non-Debtor affiliates to efficiently collect and transfer cash generated by the Debtor's business to pay its share of consolidated financial obligations. The Cash Management System generally consists of a series of "zero-balance" accounts that are swept each business day into a main concentration account maintained by FELLC. The Debtor has provided a schedule of historical transactions made to FELLC via the Cash Management System. No determination has been made as to whether any of these transfers constitute preferential transfers.

3. **SOFA #11: Payments related to bankruptcy**. FELLC paid retainers on the Debtor's behalf to the Debtor's proposed attorneys  as described in detail in its *Disclosure of Compensation of Attorney for Debtor(s),* and in its engagement letters with its professionals.

4.   **SOFA #16: Does the Debtor Collect and Retain Personally Identifiable Information of Customers?** The Debtor collects and retains a list of customer names, e-mail addresses, and birthdays (*not* dates of birth), collected through the Debtor's website, which has been used for its loyalty program. This information was not listed in Schedule A/B.

**Fill in this information to identify the case:**

Debtor name    **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-30526**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................................    $    **4,132,882.46**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................................    $    **4,027,075.38**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................    $    **8,159,957.84**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,717,548.43**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **15,417,265.52**

4.   Total liabilities ..............................................................................................................
   Lines 2 + 3a + 3b      $    **17,134,813.95**

**Fill in this information to identify the case:**

Debtor name **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **21-30526**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **6582** | $499.00 |
| 3.2. | **Comerica Bank (-$30.00 balance)** | **Credit card processing** | **3092** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | $499.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:        Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **El Paso Electric Company security deposit** | $35,000.00 |
|---|---|---|
| 7.2. | **Texas Gas Service Company security deposit** | $2,871.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(If known)* **21-30526** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Insurance - property, general liability, umbrella, and workers compensation**
**The Nowell Agency** — **$3,436.00**

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. — **$41,307.00**

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food - perishable pantry items** | 6/30/21 | $2,404.00 | | $2,404.00 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Supplies - kitchen, cleaning, paper, and bar** | 6/30/21 | $6,978.00 | | $6,978.00 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84. — **$9,382.00**

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | | Case number *(If known)* **21-30526** |
|---|---|---|---|
| | Name | | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Furnishings section of attached Depreciation Expense Report** | **$0.00** | | **$983,205.20** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$983,205.20** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(If known)* **21-30526** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See Computer Equipment, Kitchen and Bar Equipment, Audiovisual Equipment, China, Glass, Silver, Linen, Theater Equipment, Brewery Equipment, and Purchased Software sections of attached Depreciation Expense Report** | **$2,992,682.18** | | **$2,992,682.18** |
| | **Carbonation equipment leased from Airgas International Carbonation** | **$0.00** | | **$0.00** |
| | **Dishwasher equipment leased from Ecolab Institutional** | **$0.00** | | **$0.00** |
| | **Beverage fountain equipment leased from Pepsi Co** | **$0.00** | | **$0.00** |

| 51. | **Total of Part 8.** | **$2,992,682.18** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | | Case number *(If known)* **21-30526** | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Leasehold improvements on leased real estate at 6450 N Desert Blvd, Bldg 12, El Paso, TX 79912** **See Leasehold Improvements and Signs Permanent sections of attached Depreciation Expense Report** | **Lessee of real estate** | **$4,132,882.46** | **$4,132,882.46** |
| 55.2. | **Lease of 6450 N Desert Blvd, Bldg 12, El Paso, TX 79912** **See Schedule G** | **Lease** | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$4,132,882.46** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(If known)* **21-30526** |
|---|---|---|
| | Name | |

| **Cause of action against ROP Artcraft LLC (not yet filed)** | | **Unknown** |
|---|---|---|
| Nature of claim | **Lease dispute** | |
| Amount requested | **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(If known)* **21-30526** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$499.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$41,307.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$9,382.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$983,205.20** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,992,682.18** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$4,132,882.46** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,027,075.38** + 91b. | **$4,132,882.46** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,159,957.84** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Location = ELP

*G/L Asset Account = 1440* — lease hold improvements ↓

| 001688 | General Contractor build out | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 | 09/04/19 | 1,245,492.50 | R | SLMM | 15 00 | 0.00 | 1,245,492.50 | | 0.00 | 27,677.61 | 27,677.61 | 27,677.61 | |
| 001689 | General Contractor build out | | | | | | | | | | | | | |
| | 000 | 09/04/19 | 477,645.44 | R | SLMM | 15 00 | 0.00 | 477,645.44 | | 0.00 | 10,614.34 | 10,614.34 | 10,614.34 | |
| 001690 | Soft cost design fees | | | | | | | | | | | | | |
| | 000 | 09/04/19 | 476,464.85 | R | SLMM | 15 00 | 0.00 | 476,464.85 | | 0.00 | 10,588.11 | 10,588.11 | 10,588.11 | |
| 001692 | New store build out | | | | | | | | | | | | | |
| | 000 | 09/04/19 | 199,389.14 | R | SLMM | 15 00 | 0.00 | 199,389.14 | | 0.00 | 4,430.87 | 4,430.87 | 4,430.87 | |
| 001693 | New Store design and development | | | | | | | | | | | | | |
| | 000 | 09/04/19 | 85,665.71 | R | SLMM | 15 00 | 0.00 | 85,665.71 | | 0.00 | 1,903.68 | 1,903.68 | 1,903.68 | |
| 001694 | General Contractor build out | | | | | | | | | | | | | |

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ELP** | | | | | | | | | | | | | |
| *G/L Asset Account = 1440* | | | | | | | | | | | | | |
| | 000 09/04/19 | 67,540.50 | R | SLMM | 15 00 | 0.00 | 67,540.50 | | 0.00 | 1,500.90 | 1,500.90 | 1,500.90 | |
| 001695 Q1 Internal Dev Capex | | | | | | | | | | | | | |
| | 000 09/04/19 | 59,302.73 | R | SLMM | 15 00 | 0.00 | 59,302.73 | | 0.00 | 1,317.84 | 1,317.84 | 1,317.84 | |
| 001696 Q2 Development Allocation | | | | | | | | | | | | | |
| | 000 09/04/19 | 34,209.52 | R | SLMM | 15 00 | 0.00 | 34,209.52 | | 0.00 | 760.21 | 760.21 | 760.21 | |
| 001697 Q3 Internal Dev Fees | | | | | | | | | | | | | |
| | 000 09/04/19 | 24,052.86 | R | SLMM | 15 00 | 0.00 | 24,052.86 | | 0.00 | 534.51 | 534.51 | 534.51 | |
| 001698 Internal development expenses (SVP/VP) for construction | | | | | | | | | | | | | |
| | 000 09/04/19 | 19,648.25 | R | SLMM | 15 00 | 0.00 | 19,648.25 | | 0.00 | 436.63 | 436.63 | 436.63 | |
| 001699 Internal development expenses (SVP/VP) for construction | | | | | | | | | | | | | |
| | 000 09/04/19 | 17,500.00 | R | SLMM | 15 00 | 0.00 | 17,500.00 | | 0.00 | 388.89 | 388.89 | 388.89 | |
| 001700 Internal development expenses (SVP/VP) for construction | | | | | | | | | | | | | |
| | 000 09/04/19 | 13,779.00 | R | SLMM | 15 00 | 0.00 | 13,779.00 | | 0.00 | 306.20 | 306.20 | 306.20 | |
| 001701 Internal lighting | | | | | | | | | | | | | |
| | 000 09/04/19 | 11,021.92 | R | SLMM | 15 00 | 0.00 | 11,021.92 | | 0.00 | 244.93 | 244.93 | 244.93 | |
| 001702 Permitting fees for build out | | | | | | | | | | | | | |
| | 000 09/04/19 | 7,580.09 | R | SLMM | 15 00 | 0.00 | 7,580.09 | | 0.00 | 168.45 | 168.45 | 168.45 | |
| 001703 Internal development expenses (SVP/VP) for construction | | | | | | | | | | | | | |
| | 000 09/04/19 | 5,974.00 | R | SLMM | 15 00 | 0.00 | 5,974.00 | | 0.00 | 132.76 | 132.76 | 132.76 | |
| 001704 Permit, lighting, and/or build out of building | | | | | | | | | | | | | |
| | 000 09/04/19 | 4,207.36 | R | SLMM | 15 00 | 0.00 | 4,207.36 | | 0.00 | 93.50 | 93.50 | 93.50 | |
| 001705 Permit, lighting, and/or build out of building | | | | | | | | | | | | | |
| | 000 09/04/19 | 3,898.86 | R | SLMM | 15 00 | 0.00 | 3,898.86 | | 0.00 | 86.64 | 86.64 | 86.64 | |
| 001706 Permit, lighting, and/or build out of building | | | | | | | | | | | | | |
| | 000 09/04/19 | 2,706.25 | R | SLMM | 15 00 | 0.00 | 2,706.25 | | 0.00 | 60.14 | 60.14 | 60.14 | |
| 001707 Permit, lighting, and/or build out of building | | | | | | | | | | | | | |
| | 000 09/04/19 | 2,450.01 | R | SLMM | 15 00 | 0.00 | 2,450.01 | | 0.00 | 54.45 | 54.45 | 54.45 | |
| 001708 Internal build out | | | | | | | | | | | | | |
| | 000 09/04/19 | 2,244.38 | R | SLMM | 15 00 | 0.00 | 2,244.38 | | 0.00 | 49.88 | 49.88 | 49.88 | |
| 001709 Permit, lighting, and/or build out of building | | | | | | | | | | | | | |
| | 000 09/04/19 | 1,915.67 | R | SLMM | 15 00 | 0.00 | 1,915.67 | | 0.00 | 42.57 | 42.57 | 42.57 | |
| 001710 Internal build out | | | | | | | | | | | | | |
| | 000 09/04/19 | 907.44 | R | SLMM | 15 00 | 0.00 | 907.44 | | 0.00 | 20.17 | 20.17 | 20.17 | |
| 001711 General Contractor build out | | | | | | | | | | | | | |
| | 000 09/04/19 | 669.62 | R | SLMM | 15 00 | 0.00 | 669.62 | | 0.00 | 14.88 | 14.88 | 14.88 | |
| 001712 Soft cost design fees | | | | | | | | | | | | | |
| | 000 09/04/19 | 412.60 | R | SLMM | 15 00 | 0.00 | 412.60 | | 0.00 | 9.17 | 9.17 | 9.17 | |
| 001713 Soft cost design fees | | | | | | | | | | | | | |
| | 000 09/04/19 | 255.74 | R | SLMM | 15 00 | 0.00 | 255.74 | | 0.00 | 5.68 | 5.68 | 5.68 | |
| 001714 Soft cost design fees | | | | | | | | | | | | | |
| | 000 09/04/19 | 87.68 | R | SLMM | 15 00 | 0.00 | 87.68 | | 0.00 | 1.95 | 1.95 | 1.95 | |
| 001715 Water bill (specifically used for build out) | | | | | | | | | | | | | |
| | 000 09/04/19 | 65.12 | R | SLMM | 15 00 | 0.00 | 65.12 | | 0.00 | 1.45 | 1.45 | 1.45 | |
| 001716 Electric bill (specifically used for build out) | | | | | | | | | | | | | |
| | 000 09/04/19 | 32.50 | R | SLMM | 15 00 | 0.00 | 32.50 | | 0.00 | 0.72 | 0.72 | 0.72 | |
| 001750 Lighting Designers | | | | | | | | | | | | | |
| | 000 10/04/19 | 562.56 | R | SLMM | 15 00 | 0.00 | 562.56 | | 0.00 | 9.38 | 9.38 | 9.38 | |
| 001751 Lighting Designers | | | | | | | | | | | | | |
| | 000 10/04/19 | 6,546.25 | R | SLMM | 15 00 | 0.00 | 6,546.25 | | 0.00 | 109.11 | 109.11 | 109.11 | |
| 001765 Design Feess | | | | | | | | | | | | | |
| | 000 11/28/19 | 5,000.00 | R | SLMM | 15 00 | 0.00 | 5,000.00 | | 0.00 | 27.79 | 27.79 | 27.79 | |

*(handwritten annotation: "lease hold Improvements — cont")*

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ELP** | | | | | | | | | | | | | | |
| *G/L Asset Account = 1440* | | | | | | | | | | | | | | |
| 001767 | | Lighting Installers | | | | | | | | | | | | |
| | 000 | 12/15/19 | 201.47 | R | SLMM | 15 00 | 0.00 | 201.47 | | 0.00 | 1.12 | 1.12 | 1.12 | |
| 001779 | | Q4 Internal Dev Allocation | | | | | | | | | | | | |
| | 000 | 12/31/19 | 5,155.00 | R | SLMM | 15 00 | 0.00 | 5,155.00 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001780 | | Home Depot | | | | | | | | | | | | |
| | 000 | 12/31/19 | 1,764.86 | R | SLMM | 15 00 | 0.00 | 1,764.86 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001781 | | City of El Paso | | | | | | | | | | | | |
| | 000 | 12/31/19 | 1,009.60 | R | SLMM | 15 00 | 0.00 | 1,009.60 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001782 | | Twin Shores | | | | | | | | | | | | |
| | 000 | 12/31/19 | 4,975.00 | R | SLMM | 15 00 | 0.00 | 4,975.00 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001783 | | Change Order | | | | | | | | | | | | |
| | 000 | 12/31/19 | 79,479.34 | R | SLMM | 15 00 | 0.00 | 79,479.34 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001788 | | ELP TI Allowance | | | | | | | | | | | | |
| | 000 | 12/31/19 | 971,714.94 | R | SLMM | 15 00 | 0.00 | 971,714.94 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001789 | | General Contractor Build Out | | | | | | | | | | | | |
| | 000 | 09/04/19 | 266,604.00 | R | SLMM | 15 00 | 0.00 | 266,604.00 | | 0.00 | 5,924.53 | 5,924.53 | 5,924.53 | |
| *G/L Asset Account = 1440* | | | 4,108,132.76 | | | | 0.00 | 4,108,132.76 | | 0.00 | 67,519.06 | 67,519.06 | 67,519.06 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 39 | | | 4,108,132.76 | | | | 0.00 | 4,108,132.76 | | 0.00 | 67,519.06 | 67,519.06 | 67,519.06 | |
| *G/L Asset Account = 1490* | — Signs permanent | | | | | | | | | | | | | |
| 001721 | | New Outdoor signage | | | | | | | | | | | | |
| | 000 | 09/04/19 | 80,023.06 | P | SLMM | 15 00 | 0.00 | 80,023.06 | | 0.00 | 1,778.29 | 1,778.29 | 1,778.29 | |
| 001768 | | New Outdoor signage | | | | | | | | | | | | |
| | 000 | 12/15/19 | 14,103.34 | P | SLMM | 15 00 | 0.00 | 14,103.34 | | 0.00 | 78.35 | 78.35 | 78.35 | |
| *G/L Asset Account = 1490* | | | 94,126.40 | | | | 0.00 | 94,126.40 | | 0.00 | 1,856.64 | 1,856.64 | 1,856.64 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 2 | | | 94,126.40 | | | | 0.00 | 94,126.40 | | 0.00 | 1,856.64 | 1,856.64 | 1,856.64 | |
| *G/L Asset Account = 1500* | — Computer equipment | | | | | | | | | | | | | |
| 001722 | | Computer equipment and servers | | | | | | | | | | | | |
| | 000 | 09/04/19 | 90,000.00 | P | SLMM | 05 00 | 0.00 | 90,000.00 | | 0.00 | 6,000.00 | 6,000.00 | 6,000.00 | |
| 001723 | | Computer wiring | | | | | | | | | | | | |
| | 000 | 09/04/19 | 85,932.15 | P | SLMM | 05 00 | 0.00 | 85,932.15 | | 0.00 | 5,728.81 | 5,728.81 | 5,728.81 | |
| 001724 | | Call Connect system | | | | | | | | | | | | |
| | 000 | 09/04/19 | 65,769.50 | P | SLMM | 05 00 | 0.00 | 65,769.50 | | 0.00 | 4,384.63 | 4,384.63 | 4,384.63 | |
| 001725 | | ECM Computer equipment | | | | | | | | | | | | |
| | 000 | 09/04/19 | 5,628.80 | P | SLMM | 05 00 | 0.00 | 5,628.80 | | 0.00 | 375.25 | 375.25 | 375.25 | |
| 001726 | | Dell Computers | | | | | | | | | | | | |
| | 000 | 09/04/19 | 5,276.12 | P | SLMM | 05 00 | 0.00 | 5,276.12 | | 0.00 | 351.74 | 351.74 | 351.74 | |
| 001727 | | POS Computers and Printers | | | | | | | | | | | | |
| | 000 | 09/04/19 | 4,822.53 | P | SLMM | 05 00 | 0.00 | 4,822.53 | | 0.00 | 321.50 | 321.50 | 321.50 | |

April 15, 2020 at 6:28 AM

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ELP** | | | | | | | | | | | | | | |
| *G/L Asset Account = 1500* | | | | | | | | | | | | | | |
| 001754 | | POS Computer Equipment | | | | | | | | | | | | |
| | 000 | 10/05/19 | 55,117.39 | P | SLMM | 07 00 | 0.00 | 55,117.39 | | 0.00 | 1,968.48 | 1,968.48 | 1,968.48 | |
| 001761 | | ECM Office Equipment | | | | | | | | | | | | |
| | 000 | 10/24/19 | 2,388.40 | P | SLMM | 07 00 | 0.00 | 2,388.40 | | 0.00 | 56.87 | 56.87 | 56.87 | |
| 001769 | | Call button System | | | | | | | | | | | | |
| | 000 | 12/15/19 | 4,580.30 | P | SLMM | 07 00 | 0.00 | 4,580.30 | | 0.00 | 54.53 | 54.53 | 54.53 | |
| 001770 | | Call button System | | | | | | | | | | | | |
| | 000 | 12/15/19 | 53,972.40 | P | SLMM | 07 00 | 0.00 | 53,972.40 | | 0.00 | 642.53 | 642.53 | 642.53 | |
| 001771 | | Server System Set up | | | | | | | | | | | | |
| | 000 | 12/15/19 | 5,363.00 | P | SLMM | 07 00 | 0.00 | 5,363.00 | | 0.00 | 63.85 | 63.85 | 63.85 | |
| 001784 | | Computer | | | | | | | | | | | | |
| | 000 | 12/31/19 | 719.84 | P | SLMM | 07 00 | 0.00 | 719.84 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| *G/L Asset Account = 1500* | | | 379,570.43 | | | | 0.00 | 379,570.43 | | 0.00 | 19,948.19 | 19,948.19 | 19,948.19 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 12 | | | 379,570.43 | | | | 0.00 | 379,570.43 | | 0.00 | 19,948.19 | 19,948.19 | 19,948.19 | |
| *G/L Asset Account = 1505* Furnishings | | | | | | | | | | | | | | |
| 001728 | | Theater Seating | | | | | | | | | | | | |
| | 000 | 09/04/19 | 672,398.08 | P | SLMM | 07 00 | 0.00 | 672,398.08 | | 0.00 | 32,018.96 | 32,018.96 | 32,018.96 | |
| 001729 | | Theater seating | | | | | | | | | | | | |
| | 000 | 09/04/19 | 82,939.03 | P | SLMM | 07 00 | 0.00 | 82,939.03 | | 0.00 | 3,949.48 | 3,949.48 | 3,949.48 | |
| 001730 | | pub/bar furnishings | | | | | | | | | | | | |
| | 000 | 09/04/19 | 3,598.95 | P | SLMM | 05 00 | 0.00 | 3,598.95 | | 0.00 | 239.93 | 239.93 | 239.93 | |
| 001731 | | pub/bar furnishings | | | | | | | | | | | | |
| | 000 | 09/04/19 | 2,562.15 | P | SLMM | 05 00 | 0.00 | 2,562.15 | | 0.00 | 170.81 | 170.81 | 170.81 | |
| 001732 | | Pub furnishings | | | | | | | | | | | | |
| | 000 | 09/04/19 | 1,779.83 | P | SLMM | 05 00 | 0.00 | 1,779.83 | | 0.00 | 118.66 | 118.66 | 118.66 | |
| 001733 | | pub/bar furnishings | | | | | | | | | | | | |
| | 000 | 09/04/19 | 1,226.60 | P | SLMM | 05 00 | 0.00 | 1,226.60 | | 0.00 | 81.77 | 81.77 | 81.77 | |
| 001764 | | Theater Seating | | | | | | | | | | | | |
| | 000 | 11/07/19 | 717.70 | P | SLMM | 07 00 | 0.00 | 717.70 | | 0.00 | 17.09 | 17.09 | 17.09 | |
| 001772 | | Theater Seating | | | | | | | | | | | | |
| | 000 | 12/15/19 | 66,454.00 | P | SLMM | 07 00 | 0.00 | 66,454.00 | | 0.00 | 791.12 | 791.12 | 791.12 | |
| 001773 | | Theater Seating | | | | | | | | | | | | |
| | 000 | 12/15/19 | 183,948.89 | P | SLMM | 07 00 | 0.00 | 183,948.89 | | 0.00 | 2,189.87 | 2,189.87 | 2,189.87 | |
| 001774 | | Patio/Pub Furniture | | | | | | | | | | | | |
| | 000 | 12/15/19 | 2,882.38 | P | SLMM | 07 00 | 0.00 | 2,882.38 | | 0.00 | 34.31 | 34.31 | 34.31 | |
| 001775 | | Patio/Pub Furniture | | | | | | | | | | | | |
| | 000 | 12/15/19 | 2,117.63 | P | SLMM | 07 00 | 0.00 | 2,117.63 | | 0.00 | 25.21 | 25.21 | 25.21 | |
| 001785 | | Theater Seating | | | | | | | | | | | | |
| | 000 | 12/31/19 | 2,217.17 | P | SLMM | 07 00 | 0.00 | 2,217.17 | | 0.00 | 0.00 | 0.00 | 0.00 | |

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ELP** | | | | | | | | | | | | | | |
| *G/L Asset Account = 1505* | | | 1,022,842.41 | | | | 0.00 | 1,022,842.41 | | 0.00 | 39,637.21 | 39,637.21 | 39,637.21 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 12 | | | 1,022,842.41 | | | | 0.00 | 1,022,842.41 | | 0.00 | 39,637.21 | 39,637.21 | 39,637.21 | |
| *G/L Asset Account = 1510* Kitchen & bar equipment | | | | | | | | | | | | | | |
| 001734 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 805,452.96 | P | SLMM | 05 00 | 0.00 | 805,452.96 | | 0.00 | 53,696.86 | 53,696.86 | 53,696.86 | |
| 001735 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 78,656.22 | P | SLMM | 05 00 | 0.00 | 78,656.22 | | 0.00 | 5,243.75 | 5,243.75 | 5,243.75 | |
| 001736 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 16,687.82 | P | SLMM | 05 00 | 0.00 | 16,687.82 | | 0.00 | 1,112.52 | 1,112.52 | 1,112.52 | |
| 001737 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 12,683.74 | P | SLMM | 05 00 | 0.00 | 12,683.74 | | 0.00 | 845.58 | 845.58 | 845.58 | |
| 001738 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 2,444.82 | P | SLMM | 05 00 | 0.00 | 2,444.82 | | 0.00 | 162.99 | 162.99 | 162.99 | |
| 001739 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 1,706.92 | P | SLMM | 05 00 | 0.00 | 1,706.92 | | 0.00 | 113.80 | 113.80 | 113.80 | |
| 001740 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 1,389.35 | P | SLMM | 05 00 | 0.00 | 1,389.35 | | 0.00 | 92.62 | 92.62 | 92.62 | |
| 001741 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 1,072.88 | P | SLMM | 05 00 | 0.00 | 1,072.88 | | 0.00 | 71.53 | 71.53 | 71.53 | |
| 001742 | | Catering Equipment additions | | | | | | | | | | | | |
| | 000 | 09/04/19 | 307.40 | P | SLMM | 05 00 | 0.00 | 307.40 | | 0.00 | 20.49 | 20.49 | 20.49 | |
| *G/L Asset Account = 1510* | | | 920,402.11 | | | | 0.00 | 920,402.11 | | 0.00 | 61,360.14 | 61,360.14 | 61,360.14 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 9 | | | 920,402.11 | | | | 0.00 | 920,402.11 | | 0.00 | 61,360.14 | 61,360.14 | 61,360.14 | |
| *G/L Asset Account = 1525* audio visual equipment | | | | | | | | | | | | | | |
| 001664 | | Theater sound systems | | | | | | | | | | | | |
| | 000 | 09/04/19 | 78,044.00 | P | SLMM | 07 00 | 0.00 | 78,044.00 | | 0.00 | 3,716.38 | 3,716.38 | 3,716.38 | |
| 001776 | | Theater sound systems | | | | | | | | | | | | |
| | 000 | 12/15/19 | 87,460.55 | P | SLMM | 07 00 | 0.00 | 87,460.55 | | 0.00 | 1,041.20 | 1,041.20 | 1,041.20 | |
| *G/L Asset Account = 1525* | | | 165,504.55 | | | | 0.00 | 165,504.55 | | 0.00 | 4,757.58 | 4,757.58 | 4,757.58 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 2 | | | 165,504.55 | | | | 0.00 | 165,504.55 | | 0.00 | 4,757.58 | 4,757.58 | 4,757.58 | |
| *G/L Asset Account = 1540* China, glass, silver/Linen | | | | | | | | | | | | | | |
| 001743 | | Smallwares | | | | | | | | | | | | |
| | 000 | 09/04/19 | 90,196.77 | P | SLMM | 05 00 | 0.00 | 90,196.77 | | 0.00 | 6,013.12 | 6,013.12 | 6,013.12 | |

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ELP** | | | | | | | | | | | | | | |
| *G/L Asset Account = 1540* | | | 90,196.77 | | | | 0.00 | 90,196.77 | | 0.00 | 6,013.12 | 6,013.12 | 6,013.12 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 1 | | | 90,196.77 | | | | 0.00 | 90,196.77 | | 0.00 | 6,013.12 | 6,013.12 | 6,013.12 | |
| *G/L Asset Account = 1550* Theater equipment | | | | | | | | | | | | | | |
| 001744 | | Theater Projection Equipment | | | | | | | | | | | | |
| | 000 | 09/04/19 | 905,581.05 | P | SLMM | 07 00 | 0.00 | 905,581.05 | | 0.00 | 43,122.91 | 43,122.91 | 43,122.91 | |
| 001745 | | Acoustic Sound Paneling | | | | | | | | | | | | |
| | 000 | 09/04/19 | 164,356.00 | P | SLMM | 07 00 | 0.00 | 164,356.00 | | 0.00 | 7,826.48 | 7,826.48 | 7,826.48 | |
| 001746 | | Theater Equipment | | | | | | | | | | | | |
| | 000 | 09/04/19 | 4,363.16 | P | SLMM | 07 00 | 0.00 | 4,363.16 | | 0.00 | 207.77 | 207.77 | 207.77 | |
| 001777 | | Theater Projection Equipment | | | | | | | | | | | | |
| | 000 | 12/20/19 | 60,369.42 | P | SLMM | 07 00 | 0.00 | 60,369.42 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| *G/L Asset Account = 1550* | | | 1,134,669.63 | | | | 0.00 | 1,134,669.63 | | 0.00 | 51,157.16 | 51,157.16 | 51,157.16 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 4 | | | 1,134,669.63 | | | | 0.00 | 1,134,669.63 | | 0.00 | 51,157.16 | 51,157.16 | 51,157.16 | |
| *G/L Asset Account = 1555* Brewery equipment | | | | | | | | | | | | | | |
| 001747 | | 7bbl Brewery System | | | | | | | | | | | | |
| | 000 | 09/04/19 | 442,478.77 | P | SLMM | 07 00 | 0.00 | 442,478.77 | | 0.00 | 21,070.42 | 21,070.42 | 21,070.42 | |
| *G/L Asset Account = 1555* | | | 442,478.77 | | | | 0.00 | 442,478.77 | | 0.00 | 21,070.42 | 21,070.42 | 21,070.42 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 1 | | | 442,478.77 | | | | 0.00 | 442,478.77 | | 0.00 | 21,070.42 | 21,070.42 | 21,070.42 | |
| *G/L Asset Account = 1570* purchased software | | | | | | | | | | | | | | |
| 001763 | | Vista custom POS Software | | | | | | | | | | | | |
| | 000 | 10/29/19 | 24,755.96 | P | SLMM | 07 00 | 0.00 | 24,755.96 | | 0.00 | 589.43 | 589.43 | 589.43 | |
| *G/L Asset Account = 1570* | | | 24,755.96 | | | | 0.00 | 24,755.96 | | 0.00 | 589.43 | 589.43 | 589.43 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 1 | | | 24,755.96 | | | | 0.00 | 24,755.96 | | 0.00 | 589.43 | 589.43 | 589.43 | |

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Location = ELP** | 8,382,679.79 | | | | 0.00 | 8,382,679.79 | | 0.00 | 273,908.95 | 273,908.95 | 273,908.95 | |
| | | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Net Subtotal Count = 83 | 8,382,679.79 | | | | 0.00 | 8,382,679.79 | | 0.00 | 273,908.95 | 273,908.95 | 273,908.95 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Flix Brewhouse Texas V LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>21-30526</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  **El Paso Electric**
Creditor's Name

Describe debtor's property that is subject to a lien
**Security deposit for utilities (Schedule A)**    $3,986.90    $35,000.00

**P.O. Box 982**
**El Paso, TX 79960-0982**
Creditor's mailing address

Describe the lien
**Security deposit**
Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8159**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  **El Paso Tax Assessor-Collector**
Creditor's Name

Describe debtor's property that is subject to a lien
**Certain Computer Equipment, Kitchen and Bar Equipment, Audiovisual Equipment, China Glass, Silver, Linen, Theater Equipment, Brewery Equipment, and Purchased Software described in Schedule A/B #50**    $284,852.72    $2,992,682.18

**P.O. Box 2992**
**El Paso, TX 79999-2992**
Creditor's mailing address

Describe the lien
**Personal property tax - $167,533 for 2020; $117,320 estimated to date for 2021**
Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | Case number (if known) | **21-30526** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**5519**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **ROP Artcraft LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien $1,427,963.59   $8,108,769.84

**106 Mesa Park Drive**
**El Paso, TX 79912**

Creditor's mailing address

**Furniture, fixtures and equipment (Schedule A/B, items 39, 50, 55.1); additional contingent, disputed, unliquidated claim for future rents**

**Describe the lien**
**Landlord**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Texas Gas Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien $745.22   $2,871.00

**P.O. Box 219913**
**Kansas City, MO 64121-9913**

Creditor's mailing address

**Security deposit for utilities (Schedule A)**

**Describe the lien**
**Security deposit**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,717,548.43

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **Flix Brewhouse Texas V LLC** | Case number (if known) | **21-30526** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Delgado Acosta Spencer Linebarger**<br>**221 North Kansas St**<br>**El Paso, TX 79901** | Line __2.2__ | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-30526**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts
P.O. Box 13528 Capitol Station
Revenue Accounting Divison - Bankruptcy
Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number **9701**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

           **Amount of claim**

| Debtor | **Flix Brewhouse Texas V LLC** | Case number (*if known*) | **21-30526** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.00 |
|---|---|---|---|

**1570 Cinema Services LTD**
**224 Pine Road**
**Kemah, TX 77565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.62 |
|---|---|---|---|

**4 Over International LLC**
**1225 Los Angeles Street**
**Glendale, CA 91207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,235.57 |
|---|---|---|---|

**ACC Business**
**P.O. Box 105306**
**Atlanta, GA 30348-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0182**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.88 |
|---|---|---|---|

**Airgas International Carbonation**
**2530 Sever Road**
**Suite 300**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3041**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cinema Breweries Inc**
**2000 S Interstate 35**
**Ste Q11**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.00 |
|---|---|---|---|

**CineVizion LLC**
**5301 Melrose Avenue**
**Suite B-210**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.70 |
|---|---|---|---|

**Country Malt**
**P.O. Box 51602**
**Los Angeles, CA 90051-5902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(if known)* | **21-30526** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davis Wright Tremaine LLP**
**Attention: J. Riley Lagesen**
**1300 SW Fifth Avenue**
**Suite 2400**
**Portland, OR 97201-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$895.01** |
|---|---|---|---|

**Digital Light Source LLC**
**2768 Santa Ynez Avenue**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.64** |
|---|---|---|---|

**Direct TV**
**P.O. Box 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5392**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,988.58** |
|---|---|---|---|

**Ecolab Institutional**
**P.O. Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,525.99** |
|---|---|---|---|

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0101**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.11** |
|---|---|---|---|

**Edward Don & Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8286**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,465.94** |
|---|---|---|---|

**Efrains Janitorial Services**
**11993 Braveheart**
**El Paso, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Flix Brewhouse Texas V LLC** | Case number (*if known*) | **21-30526** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,866.65** |
|---|---|---|---|
| | **El Paso Disposal**<br>**5539 El Paso Dr**<br>**El Paso, TX 79905-2907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Garbage disposal | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.27** |
|---|---|---|---|
| | **El Paso Water**<br>**P.O. Box 511**<br>**El Paso, TX 79961-0511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility | |
| | **Last 4 digits of account number**  **1302** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$804,152.12** |
|---|---|---|---|
| | **Flix Brewhouse LLC**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$821.05** |
|---|---|---|---|
| | **Flix Brewhouse Texas II LLC**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,418.03** |
|---|---|---|---|
| | **Flix Brewhouse Texas IV**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,399,061.13** |
|---|---|---|---|
| | **Flix Entertainment LLC**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,007.32** |
|---|---|---|---|
| | **Gift certificates - Creditors unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Gift certificates | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(if known)* | **21-30526** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$342.14** |
|---|---|---|---|

**Grandstand**
P.O. Box 3497
Wichita, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,285.00** |
|---|---|---|---|

**Green Arrow Environmental Services**
7651 Esters Boulevard
Suite 200
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,426.00** |
|---|---|---|---|

**Homefield Grill**
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147.27** |
|---|---|---|---|

**IFC Films LLC**
11 Penn Plaza
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irma Najera**
c/o Huyhn Law Firm
1742 N. Zaragoza Rd. Ste A
El Paso, TX 79936

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Lawsuit, case No 21-005971**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$844.35** |
|---|---|---|---|

**Jesse's Window Cleaning**
6527 Cheyenne Trail
El Paso, TX 79925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.79** |
|---|---|---|---|

**Knife Guys Inc**
3412 Stanford Drive
Albuguerque, NM 87107-2020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ‗

**Basis for the claim:** **Trade debt**

Last 4 digits of account number ‗

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flix Brewhouse Texas V LLC** | Case number (*if known*) | **21-30526** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **L&F Distributors** | ☐ Contingent | |
| | **6949 Market Avenue** | ☐ Unliquidated | |
| | **El Paso, TX 79915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.83** |
|---|---|---|---|
| | **Loomis** | ☐ Contingent | |
| | **Dept 0757** | ☐ Unliquidated | |
| | **Po Box 120757** | ☐ Disputed | |
| | **Dallas, TX 75312-1757** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **1570** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.10** |
|---|---|---|---|
| | **McMaster-Carr** | ☐ Contingent | |
| | **P.O. Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680-7690** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,233.19** |
|---|---|---|---|
| | **Nova Clean** | ☐ Contingent | |
| | **5641 Valley Elder** | ☐ Unliquidated | |
| | **El Paso, TX 79932** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781.08** |
|---|---|---|---|
| | **Office Depot** | ☐ Contingent | |
| | **Po Box 660113** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,409.38** |
|---|---|---|---|
| | **PyroCom Systems** | ☐ Contingent | |
| | **820 Kastrin** | ☐ Unliquidated | |
| | **El Paso, TX 79907** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.05** |
|---|---|---|---|
| | **Rodriguez Produce Inc** | ☐ Contingent | |
| | **125 N Stevens St** | ☐ Unliquidated | |
| | **El Paso, TX 79905** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | | Case number (*if known*) | **21-30526** |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,094.95 |
|---|---|---|---|
| | **Secured Retail Networks**<br>**9963 Muirlands Blvd**<br>**Irving, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.48 |
|---|---|---|---|
| | **Shoes For Crews LLC**<br>**P.O. Box 734176**<br>**Chicago, IL 60673-4176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.68 |
|---|---|---|---|
| | **Swank Motion Pictures**<br>**2844 Paysphere Circle**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,801.28 |
|---|---|---|---|
| | **Sysco New Mexico**<br>**601 Comanche Rd NE**<br>**Albuquerque, NM 87107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.72 |
|---|---|---|---|
| | **Sysco Texas**<br>**1260 Schwab Road**<br>**New Braunfels, TX 78132-5155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Texas Alcoholic Beverage Commission**<br>**Licenses and Permits Division**<br>**P. O. Box 13127**<br>**Austin, TX 78711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Texas Workforce Commission**<br>**TWC Building - Regulatory Integrity Div**<br>**101 East 15th Street**<br>**Austin, TX 78778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Notice only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Flix Brewhouse Texas V LLC** | Case number *(if known)* | **21-30526** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,160.74** |
|---|---|---|---|
| | **Trane US Inc**<br>**P.O. Box 845053**<br>**Dallas, TX 75284-5053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$813.95** |
|---|---|---|---|
| | **Ushio America Inc**<br>**P.O. Box 7474**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,273.94** |
|---|---|---|---|
| | **Venue Valet CC LLC**<br>**6601 Vaught Ranch Rd**<br>**Suite 101**<br>**Austin, TX 78730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$530.78** |
|---|---|---|---|
| | **Vistar Corporation**<br>**P.O. Box 951080**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$622.21** |
|---|---|---|---|
| | **Woodward Center Inc**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 15,417,265.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,417,265.52 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **21-30526**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Carbonation equipment** |
| State the term remaining   **Unknown** | **Airgas International Carbonation**<br>**2530 Sever Road**<br>**Suite 300**<br>**Dallas, TX 75373** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Staffing agreement** |
| State the term remaining   **Unknown** | **Cinema Breweries Inc**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Dishwasher equipment service agreement** |
| State the term remaining   **Unknown** | **Ecolab Institutional**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Waste disposal, trash service** |
| State the term remaining   **Unknown** | **El Paso Disposal**<br>**5539 El Paso Dr**<br>**El Paso, TX 79905-2907** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **Flix Brewhouse Texas V LLC** | | Case number *(if known)* | **21-30526** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |


**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Flix Entertainment LLC**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage fountain equipment** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **Pepsi Beverage Company**<br>**3825 106th Street**<br>**Urbandale, IA 50322** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 6450 N Desert Blvd, Bldg 12, El Paso, TX 79912**<br>**See Schedule A/B #55** | |
| --- | --- | --- | --- |
| | State the term remaining | | **ROP Artcraft LLC**<br>**106 Mesa Park Drive**<br>**El Paso, TX 79912** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Server contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **Spotlight Cinema Networks**<br>**P.O. Box 102033**<br>**Pasadena, CA 91189** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage management agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | **Uknown** | **Woodward Center Inc**<br>**2000 S Interstate 35**<br>**Ste Q11**<br>**Round Rock, TX 78681** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Flix Brewhouse Texas V LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-30526**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| **2.1** _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.2** _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.3** _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy