UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Texas

El Paso

In Re. FLIX BREWHOUSE TEXAS V LLC § § § §

Debtor(s)

Case No. 21-30526

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021   Petition Date: 07/12/2021

Months Pending: 1   Industry Classification: ☐☐☐☐

Reporting Method: Accrual Basis ⦿   Cash Basis ◯

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ KARI SCHIMPF
Signature of Responsible Party

08/23/2021
Date

KARI SCHIMPF
Printed Name of Responsible Party

2000 S INTERSTATE 35, STE Q11, ROUND ROCK, TEXAS 78681
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)   1

Debtor's Name FLIX BREWHOUSE TEXAS V LLC	Case No. 21-30526

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $499 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $499 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $531 | |
| c. | Gross profit (a-b) | $-531 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $421 | |
| f. | Other expenses | $31,588 | |
| g. | Depreciation and/or amortization (not included in 4b) | $82,893 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-115,434 | $0 |

UST Form 11-MOR (06/07/2021)    2

Debtor's Name FLIX BREWHOUSE TEXAS V LLC                Case No. 21-30526

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i  SUGAR FELSENTHAL GRAI | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii FERGUSON BRASWELL | Local Counsel | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | | | |
| | ii | | $0 | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ | No ⦿ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○  N/A ⦿ |
| i. | Do you have:     Worker's compensation insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ⦿  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |

UST Form 11-MOR (06/07/2021)                3

Debtor's Name FLIX BREWHOUSE TEXAS V LLC  Case No. 21-30526

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ KARI SCHIMPF | KARI SCHIMPF |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CONTROLLER | 08/23/2021 |
| Title | Date |

# Profit & Loss

Flix Brewhouse El Paso, Entity #222
Current Period: 7/12/2021 to 7/31/2021

| | | Current Period | % of Sales |
|---|---|---|---|
| **Sales** | | | |
| **Theater Sales** | | | |
| 10100 | Adult Matinee | | 0.00 % |
| 10105 | Adult Evening | | 0.00 % |
| 10108 | Child Admit | | 0.00 % |
| 10120 | Alternative Content | | 0.00 % |
| **Total Theater Sales** | | | 0.00 % |
| | | | |
| **Food Sales** | | | |
| 15130 | Restaurant Dinner | | 0.00 % |
| 15150 | F&B Adjustments | | 0.00 % |
| 15225 | Flix Quix | | 0.00 % |
| 15230 | Lounge Dinner | | 0.00 % |
| **Total Food Sales** | | | 0.00 % |
| | | | |
| **Beverage Sales** | | | |
| 20110 | Restaurant/Theater Liquor | | 0.00 % |
| 20120 | Restaurant/Theater Wine | | 0.00 % |
| 20130 | Rest/Theater Bottled Beer | | 0.00 % |
| 20140 | Rest/Theater Purchased Draft | | 0.00 % |
| 20150 | Rest/Theater Brewpub | | 0.00 % |
| 20210 | Lounge Liquor | | 0.00 % |
| 20220 | Lounge Wine | | 0.00 % |
| 20230 | Lounge Bottled Beer | | 0.00 % |
| 20240 | Lounge Purchased Draft | | 0.00 % |
| 20250 | Lounge Brewpub | | 0.00 % |
| 20290 | Comp Beverage | | 0.00 % |
| 20510 | Alcohol Tax | | 0.00 % |
| **Total Beverage Sales** | | | 0.00 % |
| | | | |
| **Other Sales** | | | |
| 15510 | Room Rental | | 0.00 % |
| 35120 | Misc. Operating Income | | 0.00 % |
| 35125 | Film Advertising | | 0.00 % |
| 35126 | Booking Fees | | 0.00 % |
| 35130 | Sales Discounts & Allowances | | 0.00 % |
| **Total Other Sales** | | | 0.00 % |
| | | | |
| **Total Sales** | | | |
| | | | |
| **Cost of Sales** | | | |
| **Theater Cost of Sales** | | | |
| 10610 | Movie Rental Fee | | 0.00 % |
| 10640 | Film Booking Services Fee | | 0.00 % |
| **Total Theater Cost of Sales** | | | 0.00 % |
| | | | |
| **Food Cost of Sales** | | | |
| 15610 | Cost of Food | | 0.00 % |
| 15610-01 | Cost of Meat | | 0.00 % |
| 15610-02 | Cost of Dairy | | 0.00 % |
| 15610-03 | Cost of Produce | | 0.00 % |
| 15610-04 | Cost of Grocery | | 0.00 % |
| 15610-05 | Cost of Poultry | | 0.00 % |
| 15610-06 | Cost of Seafood | | 0.00 % |
| 15610-07 | Cost of N/A Beverage | | 0.00 % |
| 15620 | Cost of Employee Meals | | 0.00 % |

# Profit & Loss

Flix Brewhouse El Paso, Entity #222

Current Period: 7/12/2021 to 7/31/2021

|  |  | Current Period | % of Sales |
|---|---|---|---|
| **Food Cost of Sales** | | | |
| 15690 | Food Promotion Credit | | 0.00 % |
| **Total Food Cost of Sales** | | | 0.00 % |
| | | | |
| **Beverage Cost of Sales** | | | |
| 20610 | Cost of Liquor | | 0.00 % |
| 20620 | Cost of Wine | | 0.00 % |
| 20630 | Cost of Bottled Beer | | 0.00 % |
| 20640 | Cost of Draft Beer | | 0.00 % |
| 20650 | Cost of Brewpub Beer | 531.49 | 0.00 % |
| 20660 | Cost of Mixes | | 0.00 % |
| **Total Beverage Cost of Sales** | | $531.49 | 0.00 % |
| | | | |
| **Total Cost of Sales** | | $531.49 | |
| | | | |
| **Gross Profit** | | ($531.49) | |

## Expenses

### Salaries and Wages

|  |  | Current Period | % of Sales |
|---|---|---|---|
| 10720 | Host / Usher | | 0.00 % |
| 10750 | Projectionist | | 0.00 % |
| 15710 | FoH Mgt/Supervision | | 0.00 % |
| 15720 | Food Server | | 0.00 % |
| 15725 | Food Runner | | 0.00 % |
| 15750 | Chefs/Kitchen Mgt | 2,115.39 | 0.00 % |
| 15760 | Cooks/Helpers | | 0.00 % |
| 15765 | Dishwasher | | 0.00 % |
| 20730 | Bartender | | 0.00 % |
| 20740 | Brewing Assistant | | 0.00 % |
| 20750 | Brewmaster | 1,730.77 | 0.00 % |
| 40710 | GM/AGM/Unit Manager | 4,711.54 | 0.00 % |
| 40760 | Admin Staff | | 0.00 % |
| 40790 | Incentive/Bonuses | | 0.00 % |
| 40795 | Labor Allocation | -8,557.70 | 0.00 % |
| 45710 | Sales & Marketing Management | | 0.00 % |
| 45730 | Sales & Marketing Admin | | 0.00 % |
| **Total Salaries and Wages** | | | 0.00 % |

### Employee Benefits

|  |  | Current Period | % of Sales |
|---|---|---|---|
| 40810 | Payroll Taxes | 756.22 | 0.00 % |
| 40820 | Group Insurance | -247.29 | 0.00 % |
| 40830 | Workers Compensation | 105.02 | 0.00 % |
| 40840 | PTO Expense | | 0.00 % |
| 40850 | Retirement Expense | | 0.00 % |
| 40880 | Hourly TM Food Disc. | | 0.00 % |
| 40890 | Employee Meals | | 0.00 % |
| **Total Employee Benefits** | | $613.95 | 0.00 % |

7 CB1

### Operating Expenses

|  |  | Current Period | % of Sales |
|---|---|---|---|
| 10919 | Entertainment - Talent | | 0.00 % |
| 10951 | Postage & Shipping | | 0.00 % |
| 15921 | Equipment Rental (Non-Resale) | | 0.00 % |
| 15931 | Linen Expense | | 0.00 % |
| 15952 | Printing & Menus | | 0.00 % |
| 15975 | Smallwares/Kitchen Utensils | | 0.00 % |
| 15977 | Supplies - Cleaning | | 0.00 % |
| 15979 | Supplies - Kitchen | | 0.00 % |

# Profit & Loss

Flix Brewhouse El Paso, Entity #222

Current Period: 7/12/2021 to 7/31/2021

|  |  | Current Period | % of Sales |
|---|---|---|---|
| **Operating Expenses** | | | |
| 15983 | Supplies - Office | | 0.00 % |
| 15984 | Supplies - Paper | | 0.00 % |
| 15992 | Uniform Expense | | 0.00 % |
| 20905 | Bar Supplies | | 0.00 % |
| 20962 | R&M - Equipment | -131.41 | 0.00 % |
| **Total Operating Expenses** | | ($131.41) | 0.00 % |
| | | | |
| **Marketing and Promotion** | | | |
| 45917 | Dues & Subscriptions | | 0.00 % |
| 45922 | Equipment Minor | | 0.00 % |
| 45939 | Mktg - Electronic Media | | 0.00 % |
| 45952 | Printing & Stationery | | 0.00 % |
| 45954 | Promotion - Genl | | 0.00 % |
| 45957 | Public Relations | | 0.00 % |
| **Total Marketing and Promotion** | | | 0.00 % |
| | | | |
| **Utilities** | | | |
| 55100 | Electricity | 6,680.15 | 0.00 % |
| 55200 | Fuel - Gas | 226.04 | 0.00 % |
| 55300 | Water, Wastewater & Drainage | 777.25 | 0.00 % |
| **Total Utilities** | | $7,683.44 | 0.00 % |
| | | | |
| **Administrative and General Expenses** | | | |
| 40902 | Armored Car Service | | 0.00 % |
| 40905 | Bank Charges & ACH Fees | 30.08 | 0.00 % |
| 40906 | Bankcard Processing Fees | | 0.00 % |
| 40908 | CATV/Satellite Content | | 0.00 % |
| 40911 | Computer & network maint | 249.76 | 0.00 % |
| 40914 | Contract Personnel | | 0.00 % |
| 40917 | Dues & Subscriptions | | 0.00 % |
| 40920 | Employee Appreciation | | 0.00 % |
| 40924 | Fedex/Delivery Service | 176.90 | 0.00 % |
| 40926 | Guest Relations | | 0.00 % |
| 40928 | Legal/CPA Fees | | 0.00 % |
| 40929 | Licenses & Taxes | | 0.00 % |
| 40944 | Music Services | | 0.00 % |
| 40946 | Over/Short Cashiers | | 0.00 % |
| 40947 | Payroll Processing Fees | | 0.00 % |
| 40948 | PMS/POS Maintenance & License | -104.62 | 0.00 % |
| 40950 | Penalty Charges | | 0.00 % |
| 40952 | Printing & Stationery | | 0.00 % |
| 40953 | Professional Services Other | | 0.00 % |
| 40958 | Recruiting & Relocation | | 0.00 % |
| 40983 | Supplies - Office | | 0.00 % |
| 40988 | Telephone & Internet | 69.22 | 0.00 % |
| 40989 | Training | | 0.00 % |
| 40990 | Travel | | 0.00 % |
| 40991 | Travel Meals | | 0.00 % |
| **Total Administrative and General Expenses** | | $421.34 | 0.00 % |
| | | | |
| **Repairs and Maintenance** | | | |
| 50913 | Contract Cleaning | | 0.00 % |
| 50921 | Equipment Rental - R&M | | 0.00 % |
| 50923 | Exterminating | | 0.00 % |
| 50930 | Life Safety | | 0.00 % |
| 50953 | Professional Services | | 0.00 % |
| 50960 | R&M - Building | | 0.00 % |
| 50961 | R&M - Electrical & Plumbing | | 0.00 % |
| 50963 | R&M - F&B Equipment | | 0.00 % |
| 50966 | R&M - HVAC | | 0.00 % |
| 50968 | R&M - Projection/Audio | | 0.00 % |
| 50985 | Supplies - R&M | | 0.00 % |

# Profit & Loss

Flix Brewhouse El Paso, Entity #222
Current Period: 7/12/2021 to 7/31/2021

|  |  | Current Period | % of Sales |
|---|---|---:|---:|
| **Repairs and Maintenance** | | | |
| 50994 | Waste Removal | | 0.00 % |
| **Total Repairs and Maintenance** | | | 0.00 % |
| | | | |
| **Occupancy Expenses** | | | |
| 60110 | Insurance - Property | 609.98 | 0.00 % |
| 60120 | Insurance - Liability | 155.63 | 0.00 % |
| 60130 | Insurance - Umbrella | 156.19 | 0.00 % |
| 60220 | Personal Property Taxes | | 0.00 % |
| 60230 | Margin Tax | | 0.00 % |
| 60300 | Real Estate Rent | | 0.00 % |
| 60310 | Real Estate NNN | | 0.00 % |
| **Total Occupancy Expenses** | | $921.80 | 0.00 % |
| | | | |
| **Total Expenses** | | **$9,509.12** | |
| | | | |
| **Total Operating Income (Loss)** | | **($10,040.61)** | |
| | | | |
| **Other Expenses** | | | |
| **Corporate Charges** | | | |
| 60510 | Genl Management Fee | 20,000.00 | 0.00 % |
| 60520 | Marketing Fees | 2,500.00 | 0.00 % |
| 60570 | Nonrecurring Inc./Exp. | | 0.00 % |
| **Total Corporate Charges** | | $22,500.00 | 0.00 % |
| | | | |
| **Total Other Expenses** | | **$22,500.00** | |
| | | | |
| **Other Income** | | | |
| **Other Expenses and Income** | | | |
| 35100 | Loan Forgiveness Income | | 0.00 % |
| 72100 | Depreciation | -82,893.44 | 0.00 % |
| **Total Other Expenses and Income** | | ($82,893.44) | 0.00 % |
| | | | |
| **Total Other Income** | | **($82,893.44)** | |
| | | | |
| **Net Income (Loss)** | | **($115,434.05)** | |

Flix Brewhouse El Paso, Entity #222
Accounts 13-900 to 13-900

| Date | Journal Ctrl # | Reference | Debit | Credit | |
|---|---|---|---|---|---|
| 07/13/2021 | cc charge | Hot Schedules | 172.80 | | |
| 07/13/2021 | cc charge | Hot Schedules | 172.80 | | |
| 07/15/2021 | GJ-900-0043693 | RECORD MGMT FEE - JULY 2021 | | 20,000.00 | |
| 07/15/2021 | GJ-900-0043693 | RECORD MKT & PROG FEE - P7 | | 2,500.00 | |
| 07/15/2021 | GJ-900-0043882 | RECORD MONTHLY PROP INS AMORT | | 609.98 | |
| 07/15/2021 | GJ-900-0043882 | RECORD MONTHLY PROP INS AMORT | 921.81 | | |
| 07/15/2021 | GJ-900-0043882 | RECORD MONTHLY PROP INS AMORT | | 155.63 | |
| 07/15/2021 | GJ-900-0043882 | RECORD MONTHLY PROP INS AMORT | | 156.19 | |
| 07/15/2021 | cc charge | Omega Yeast | | 531.49 | |
| 07/15/2021 | cc charge | Compeat & Rackspace | | 249.76 | monthly accounting software charge |
| 07/15/2021 | cc charge | FedEx - legal docs | | 176.90 | legal fees |
| 07/15/2021 | cc charge | Plate IQ - monthly reoccurring | | 240.98 | monthly & 2020 catch up - reoccurring fees for accounting software supplement |
| 07/20/2021 | Invoice | El Paso Water | | 734.00 | paid by parent to keep utilities on |
| 07/20/2021 | Invoice | El Paso Water | | 43.25 | paid by parent to keep utilities on |
| 07/21/2021 | check | RECORD ECOLAB REBATE | 131.41 | | |
| 07/27/2021 | GJ-900-0043849 | Record Funds Transfer xx1081 | | 30.08 | to cover bank fees |
| 07/29/2021 | Invoice | Texas Gas Service Co | | 226.04 | paid by parent to keep utilties on |
| 07/29/2021 | Invoice | El Paso Electric Co | | 6,680.15 | paid by parent to keep utilties on |

**Addendum Explaining "Other Expenses" on Pgs. 8 & 9**

Both the Gen./Record Management Fee and Marketing Fees are a standard monthly journal entry to record the base management fee owed to Flix Entertainment LLC. The Debtor did not engage in a cash transaction with Parent.